UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

JOHN SMITH
      Plaintiff,

v.                                   C.A. NO.: 1:22-cv-00269-MSM-PAS

PROVIDENCE COLLEGE
      Defendant.

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(B) of the Federal Rules of Civil Procedure, Plaintiff John Smith

and Defendant Providence College stipulate that all claims in Plaintiff's Complaint (ECF Doc. 1)

are dismissed with prejudice, without costs to any party, and with all rights of appeal waived.

PLAINTIFF,                       DEFENDANT,
JOHN SMITH                 PROVIDENCE COLLEGE

By His Attorneys,             By Its Attorneys,

/s/ J. Richard Ratcliffe         /s/ Steven M. Richard
J. Richard Ratcliffe (#2603)     Steven M. Richard (#4403)
Jeffrey Biolchini (#7320)       Nixon Peabody LLP
Ratcliffe Harten & Galamaga LLP  One Citizens Plaza, Suite 500
40 Westminster St., 7th Fl.      Providence, RI  02903
Providence, RI 02903         Tel: 401-454-1020
Tel: 401-331-3400            Fax: 401-454-1030
Fax: 401-331-3440           srichard@nixonpeabody.com
rratcliffe@rhgllp.com
jbiolchini@rhgllp.com         Dated:  August 18, 2022

Ruth O'Meara-Costello (*pro hac vice*)
Zalkind Duncan & Bernstein LLP
65A Atlantic Avenue
Boston, MA 02110
Tel: 617-742-6020
rcostello@zalkindlaw.com

Dated:  August  18, 2022